THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR G. MARSH, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Appellant.

Argued January 14, 1955; decided March 3, 1955.

*J. Bruce MacDonald* and *Raymond B. Madden* for appellant.

*James R. Cannon* and *Arthur G. Marsh,* in person, for Arthur G. Marsh, respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.